UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Metropolitan Life Insurance Company, | No. 2:22-cv-01807-KJM-KJN |
| Plaintiff in Interpleader, | ORDER |
| v. | |
| Billy Vang and Amanda Thao, | |
| Defendants in Interpleader. | |

Metropolitan Life Insurance Company filed its complaint in this action under Federal Rule of Civil Procedure 22. *See* Compl. ¶ 4, ECF No. 1. Rule 22 allows a party to file a claim in interpleader given the "possibility of exposure to double or multiple liability." *Lee v. W. Coast Life Ins. Co.*, 688 F.3d 1004, 1009 (9th Cir. 2012). Interpleader actions allow a stakeholder to protect itself when it faces more than one claim to a single fund. *Id.* (quoting *Mack v. Kuckenmeister*, 619 F.3d 1010, 1024 (9th Cir. 2010)). In an interpleader action, the district court first decides whether the requirements of Rule 22 have been met, and then the court evaluates the defendants' claims to the single fund. *Mack*, 619 F.3d at 1023–24 (quoting *Rhoades v. Casey*, 196 F.3d 592, 600 (5th Cir. 1999)). In general, a district court may also award fees and costs to a

disinterested stakeholder. *Gelfgren v. Republic National Life Ins. Co.*, 680 F.2d 79, 81 (9th Cir. 1982).

MetLife's complaint names two claimants, Billy Vang and Amanda Thao. *See* Compl. ¶¶ 2–3, 14–15, 22. A waiver of service was returned executed for Vang on November 17, 2022. ECF No. 8. Vang filed an answer and jury demand the same day. ECF No. 7. A waiver of service was returned executed for Thao on November 4, 2022. ECF No. 6. Thao has not filed an answer or any other pleading.

Metlife now applies for leave to deposit funds into the court's registry. *See generally* Appl., ECF No. 9. Any oppositions or statements of non-opposition shall be filed no later than **January 27, 2023**. Any reply shall be filed by **February 10, 2023**. The matter will then be submitted without a hearing. MetLife shall serve a copy of this order on Defendant-in-Interpleader Amanda Thao, who has not yet appeared.

IT IS SO ORDERED.

DATED: January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE